IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| A1 ENVIROSCIENCES LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PHARMACEUTICAL CONTAINMENT ) <br> TECHNOLOGIES, LLC, ) <br> ) <br> Defendant. ) | Case No. 4:10-cv-01873-HEA |

**ORDER AMENDING CASE MANAGEMENT ORDER**

Upon Joint Motion by plaintiff A1Envirosciences Limited ("A1" or "plaintiff") and defendant Pharmaceutical Containment Technologies, LLC ("PCT" or "defendant") (Doc. #: 30), the Case Management Order (Doc. 19) filed March 4, 2011 is hereby modified and amendment as follows:

1. Mediation shall be completed by August 31, 2011.

2. Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2) no later than October 15, 2011, and shall make expert witnesses available for depositions, and have depositions completed, by October 31, 2011.

3. Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2) no later than November 15, 2011, and shall make expert witnesses available for depositions, and have depositions completed, by November 30, 2011.

{P:/DOCS/1568/001/00526766;1 }

4. Plaintiff shall disclose all rebuttal experts and shall provide the reports required by Rule 26(a)(2) no later than December 15, 2011, and shall make rebuttal experts available for depositions, and have depositions completed, by December 31, 2011.

5. All discovery shall be completed by January 31, 2012.

6. Motions for summary judgment must be filed no later than March 1, 2012. Opposition briefs shall be filed no later than 21 days thereafter, and any reply briefs shall be filed within 10 calendar days after opposition briefs.

7. The trial currently set for April 16, 2012 shall be rescheduled.

IT IS BY THE COURT SO ORDERED.

_____
The Honorable Henry E. Autrey

6-29-11